UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE BIG TEN CONFERENCE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-01075 |
| ) | |
| STEVE GAZIBARA, ) | |
| an individual doing business as BIG10TENS ) | Judge Sara L. Ellis |
| ) | |
| and DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT

Plaintiff, THE BIG TEN CONFERENCE, INC. (the "Conference"), and Defendant Steve Gazibara ("Mr. Gazibara") (the Conference and Mr. Gazibara are collectively referred to as the "Parties"), having reached an agreement to resolve the Conference's several claims against Mr. Gazibra, have consented to the entry of a Final Judgment and Permanent Injunction on Consent, based on the stipulated findings of fact and conclusions of law set forth in the Application for Entry of Final Judgment and Permanent Injunction on Consent (the "Application") filed herewith. The Parties hereby move and request this Court to enter the final judgment and permanent injunction set forth in the attached Application.

Dated: February 26, 2015       Respectfully submitted,

                                                          PLAINTIFF, THE BIG TEN CONFERENCE, INC.

                                                          /s/ *Richard M. Assmus*
                                                          Andrew S. Rosenman (#6230148 )
                                                          Richard M. Assmus (#6255570)

Kristine M. Young (#6301230)
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
arosenman@mayerbrown.com
rassmus@mayerbrown.com
kyoung@mayerbrown.com

# **CERTIFICATE OF SERVICE**

      I certify that on February 26, 2015, I caused the Motion for Application for Entry of Final Judgment and Permanent Injunction on Consent, which was filed electronically with the Court via the CM/ECF system, to be sent via overnight delivery to:

Steve Gazibara
1410 W. Wilson Ave
Apt. 4E
Chicago, Illinois 60640

      By:  /s/ *Kristine M. Young*